# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| BRUNSON ROBERTS<br>ADC #127841 | PETITIONER |
| VS.     3:20-CV-00219-JM-JTR | |
| GARY MUSCLEWHITE | RESPONDENT |

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to change the Respondent to "Dexter Payne, Director, Arkansas Department of Correction";

2. All claims asserted in the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, Doc. 1, are DISMISSED, WITH PREJUDICE; and

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 6th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE