UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRUNSON ROBERTS                                                                        PETITIONER
ADC #127841

VS.                               3:20-CV-00219-JM-JTR

GARY MUSCLEWHITE                                                                       RESPONDENT

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, with prejudice.

DATED this 6th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE